**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

|  |  |  |
|---|---|---|
| **GHR CENTER FOR OPIOID ADDICTION TREATMENT AND RECOVERY, LLC,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **Civil Action No.: 2:26-cv-00653** |
| **v.** | ) ) ) | |
| **INTEGRATED SOFTWARE SOLUTIONS, CORP.,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

**COMPLAINT**

Plaintiff GHR Center for Opioid Addiction Treatment and Recovery, LLC ("GHR"), by counsel, states as follows in support of its Complaint against Integrated Software Solutions, Corp. ("MedEZ"):

**I.   Parties**

1.      GHR is a limited liability company organized and existing under the laws of the Commonwealth of Virginia, with its principal place of business in Virginia. GHR is composed of two members, Dr. Lawrence Ross and Dr. Gene Germano, both citizens of the Commonwealth of Virginia.

2.      MedEZ is a corporation organized and existing under the laws of the State of Florida, with its principal place of business in Florida, and is subject to personal jurisdiction in the Commonwealth of Virginia due to substantive contacts with the Commonwealth including marketing itself to Virginia businesses, contracting with GHR, sending out invoices and statements

to patients in Virginia, and contacting patients in Virginia for the purposes of resolving outstanding balances for clients of its services.

## II.    Jurisdiction and Venue

3.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between GHR and MedEZ, and the amount in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000).

4.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## III.    Facts

5.    GHR is a provider of addiction treatment services to patients, including treating opioid and other substance abuse disorders as well as co-occurring medical and mental health issues.

6.    At all times relevant hereto, MedEZ is a business that provides monthly client medical billing services and software services, among other services.

7.    MedEZ presented itself to GHR as a business that could handle billing services and collection of revenue for GHR's Virginia treatment practice.

8.    On or about February 7, 2019, GHR entered into an agreement with MedEZ titled Statement of Work Monthly Billing Services GHR Center Addiction, dated December 31, 2018 (the "Agreement"). The Agreement was accepted by GHR in Virginia Beach, Virginia. A copy of the Agreement is attached hereto as **Exhibit A**.

9.    Pursuant to the Agreement, MedEZ agreed to provide to GHR services detailed in the Agreement, in consideration for GHR paying to MedEZ 4% of submitted collections and performing certain obligations detailed in the Agreement.

10.     Specifically, pursuant to the Agreement, MedEZ's responsibilities (collectively referred to hereinafter as the "Billing and Claims Responsibilities") included:

    a.   Being responsible for posting payments, contractual, deductible, co-insurance, etc.;

    b.   Submit all primary claims;

    c.   Submit all secondary claims, if applicable;

    d.   Handling all patient calls regarding outstanding balances;

    e.   Filing all appeals, as necessary;

    f.   Filing all voided, replacement, and/or corrected claims, as necessary;

    g.   All follow up for claims, including claims submitted to primary, and payment received then claims filed with secondary, or payment received and balance submitted to self-pay;

    h.   Working aging reports; and

    i.   Sending out patient invoices and/or statements.

11.     While the Agreement was in effect, MedEZ provided some billing services and collected some revenues on behalf of GHR.

12.     However, MedEZ did not bill or pursue collection of all revenues that were due to GHR, and did not disclose to GHR that not all revenues were being collected.

13.     GHR complied with the terms of the Agreement and timely performed all of its obligations pursuant to the Agreement.

14.     GHR made numerous inquiries and demands to MedEZ to perform as required pursuant to the Agreement.

15.     MedEZ represented to GHR that it was complying with its requirements and performing all billing and collecting services on MedEZ's behalf.

16.     MedEZ relied on these representations in continuing to utilize MedEZ's services between 2020 and 2022.

17.     Despite the representations, while the Agreement was in effect MedEZ failed to perform its obligations on thousands of claims.

18.     These failures include MedEZ failing to submit claims, failing to appeal claims, failing to file voided, replacement and/or corrected claims, and/or failing to bill the proper amount to patients or insurers.

19.     As a result of MedEZ's failure to perform its obligations under the Agreement, GHR terminated the Agreement.

20.     Upon termination of the Agreement, GHR took action to perform the responsibilities that MedEZ had failed to perform that were not otherwise time-barred in order to mitigate its damages.

21.     Despite mitigating damages that it could upon termination of the Agreement, GHR suffered substantial damages due to MedEZ's failures with respect to the Agreement.

22.     An internal audit of GHR's finances, interactions with MedEZ, and files reveal that there are thousands of claims upon which MedEZ failed to perform some or all of its obligations pursuant to the Agreement, resulting in a significant amount of revenue that was not collected.

23.     This revenue cannot be collected due to MedEZ's actions or failure to act in performing its responsibilities pursuant to the Agreement.

24.     If MedEZ had performed its obligations under the Agreement, GHR would have collected on the claims that remain uncollected.

### Count I – Breach of Contract

25.     GHR incorporates by reference paragraphs 1 - 24 above as if fully restated herein.

4

26.    The Agreement is a contract between GHR and MedEZ.

27.    MedEZ failed to perform its contractual obligations detailed in the Agreement.

28.    GHR complied with the terms of the Agreement.

29.    MedEZ's failure to perform as required pursuant to the Agreement constitutes a breach of the Agreement.

30.    GHR has been damaged as a result of MedEZ's breach of the Agreement in an amount in excess of $1,000,000.00.

WHEREFORE, GHR Center for Opioid Addiction Treatment and Recovery, LLC respectfully requests that this Court award it a judgment against Integrated Software Solutions, Corp. in excess of $1,000,000.00, pre- and post-judgment interest, costs, and such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

**GHR CENTER FOR OPIOID ADDICTION TREATMENT AND RECOVERY, LLC**

/s/ John B. Mumford, Jr.
John B. Mumford, Jr. (VSB No. 38764)
HANCOCK, DANIEL & JOHNSON P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
*Counsel for GHR Center for Opioid Addiction Treatment and Recovery, LLC*